UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOEL D. PRIESTMAN, <br><br>                               Plaintiff,<br><br>   v.<br><br>KING COUNTY DEPARTMENT OF PUBLIC DEFENSE,<br><br>                               Defendant. | CASE NO. C15-1099-TSZ-JPD<br><br>REPORT AND RECOMMENDATION |

On July 8, 2015, plaintiff Noel Priestman submitted a number of documents to this Court for consideration which the Clerk construed as a prisoner civil rights complaint under 42 U.S.C. § 1983.  (*See* Dkt. 1.)  While plaintiff included with his papers what appears to be a copy of his jail account statement from the King County Department of Adult and Juvenile Detention, he failed to include either the filing fee or an application to proceed with this action *in forma pauperis*.  (*See id*.)  On July 9, 2015, the Clerk sent plaintiff a letter advising him that his submission was deficient and that he would have to submit either the entire filing fee or a completed application for *in forma pauperis* status on or before August 10, 2015, or risk dismissal of this action.  (Dkt. 2.)  The Clerk also sent plaintiff the appropriate *in forma pauperis*

REPORT AND RECOMMENDATION
PAGE - 1

application form to complete. (*See* Dkt. 2.) To date, plaintiff has submitted neither the filing fee nor a completed application for leave to proceed *in forma pauperis*.

As plaintiff has had ample time to comply with the filing fee requirement, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **September 8, 2015**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 11, 2015**.

DATED this 18th day of August, 2015.

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2