UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOEL D. PRIESTMAN, | |
| Plaintiff, | |
| v. | C15-1099 TSZ |
| KING COUNTY DEPARTMENT OF PUBLIC DEFENSE, et al., | ORDER |
| Defendants. | |

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 4. A copy of the R&R was originally mailed to plaintiff pro se at the King County Correctional Facility in Kent, Washington, but was returned to the Court marked "NIJ" (not in jail). Another copy of the R&R was mailed to plaintiff pro se at the Washington Corrections Center ("WCC") in Shelton, Washington. The copy sent to the WCC has not been returned, and the Court is satisfied that plaintiff pro se received the R&R, as well as a copy of the Minute Order entered October 15, 2015, docket no. 6, setting a deadline of November 19, 2015, for him to file any objection to the R&R. No objection has been timely filed. Moreover, no filing fee or application to proceed in forma pauperis has been submitted.

ORDER - 1

1      The R&R, docket no. 4, is ADOPTED, and this action is DISMISSED without

2 prejudice for failure to prosecute.  <u>See</u> Fed. R. Civ. P. 41(b).  The Clerk is DIRECTED to

3 send a copy of this Order to plaintiff pro se and to Magistrate Judge Donohue.

4      IT IS SO ORDERED.

5      Dated this 1st day of December, 2015.

 

                                                     */s/ Thomas S. Zilly*

                                             Thomas S. Zilly
                                             United States District Judge

ORDER - 2